# UNITED STATES DISTRICT COURT
## District of Minnesota

Jobita Midey Ramirez

**JUDGMENT IN A CIVIL CASE**

Petitioner,

v.

Case Number: 0:26-cv-00392-LMP-DLM

Pamela Bondi, Kristi Noem, U.S. Department of Homeland Security, Todd M. Lyons, U.S. Immigration and Customs Enforcement, David Easterwood, Eric Tollefson

Respondent(s).

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Jobita M. R.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows:

1. The Court **DECLARES** that Jobita M. R. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.

2. The Government is ordered to provide Jobita M. R. with a bond

redetermination hearing under 8 U.S.C. § 1226(a) on the merits of her release no later than January 26, 2026.

3. If the Government does not provide Jobita M. R. with a bond redetermination hearing as required by this Order, she must be immediately released from detention.

4. No later than January 27, 2026, the Government shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Jobita M. R.'s release.

Date: 1/21/2026

KATE M. FOGARTY, CLERK